# EXHIBIT 8

# Secretary of War Pete Hegseth and Chairman of the Joint Chiefs of Staff Gen. Dan Caine Hold a Press Briefing

**April 24, 2026**

SECRETARY OF WAR PETE HEGSETH:  Well, good morning. Unlike the endless wars of the past that dragged on for years and for decades with little to show for it, Operation Epic Fury has delivered a decisive military result in just weeks. Korea, Vietnam, Iraq, Afghanistan, as the President has pointed out, all took years, decades, vague missions, shifting sands, little to show for it. Operation Epic Fury has been laser-focused from the very start, as I've said to all of you.

Clear mission objectives and, ultimately, Iran will not have a nuclear weapon. It's a bold and dangerous mission, a gift to the world, historic, courtesy of a bold and historic President. That mission continues today in this new phase, as Iran has an important choice, a chance to make a deal, a good deal, a wise deal.

As part of that effort, the United States has imposed an ironclad blockade that grows more powerful by the day. From the Gulf of Oman to the open oceans, our Navy is enforcing this blockade without hesitation or apology. Now, as usual, there's a lot of false information out there. I'll say this, every ship, every ship that the US believes meets our criteria, either Iranian ships or to and from Iranian ports, has been turned around. As of this morning, 34 total.

Non-Iranian vessels are allowed to transit, and many have, including overnight. Not only is the blockade growing, in fact, a second aircraft carrier will join the blockade in just a few days, but this growing blockade has also gone global. Just this week, we seized two Iranian dark fleet ships in the Indo-Pacific region that had left Iranian ports before the blockade went into effect. They thought they'd made it out just in time. They did not.

We seized their sanctioned ships and we will seize more. Our blockade is growing and going global. America's military is unmatched, projecting power, denying passage to adversaries, and protecting our interests at the time and place of our choosing.

No one sails from the Strait of Hormuz to anywhere in the world without the permission of the United States Navy. To the regime in Tehran, the blockade is tightening by the hour. We are in control, nothing in, nothing out. Iran's battered military, the IRGC specifically, has been reduced to a gang of pirates with a flag.

They cloak their aggression in slogans, but the world now sees them for what they are, criminals on the high seas. They don't control anything. They're acting like pirates, acting like terrorists. They're the ones who lay indiscriminate mines, who shoot at random ships, who killed 45,000 of their own people, innocent protesters in the course of weeks, their own people. They are the bad actors.

The vessels that the Iranians seized in recent days, a couple of them, they're not American ships, they're not Israeli ships, they're just random ships that drove where they drove their little speedboats up to and shot at those ships with AK-47s. Anyone with a speedboat, a gun, and the wrong intentions can do that.

They know that we, the United States of America, control the flow of global shipping, and we know that they know. Their real navy is at the bottom of the Arabian Gulf. It's worth saying again, for 47 years, Iran has been at war with America, killing our citizens, our soldiers, and our allies, while previous administrations looked the other way.

The real endless war is the war that Iran has waged on us for 47 years. President Trump is the only president with the guts and moral clarity to finally do something about it. I see it every day behind closed doors; President Trump's fortitude is unshakable and his mission is

crystal clear. President Trump said it again yesterday, we have all the time in the world, and we're not anxious for a deal. And I hear him say it every day in private as well.

Iran knows that they still have an open window to choose wisely, as we said previously, choose wisely at the negotiating table. All they have to do is abandon a nuclear weapon and in meaningful and verifiable ways. Or instead, they can watch their regime's fragile economic state collapse under the unrelenting pressure of American power.

A blockade as long as it takes, whatever President Trump decides, because the bottom line remains the bottom line, Iran will never get a nuclear bomb. The choice is theirs, but with this blockade, the clock is not on their side.

Moreover, President Trump has authorized the United States Navy to destroy any Iranian fast boats that attempt to put mines in the water or disrupt passage through the Strait of Hormuz, to shoot and kill. Our commanders have clear rules of engagement. If Iran is putting mines in the water, or otherwise threatening American commercial shipping or American forces, we will shoot to destroy, no hesitation, just like the drug boats in the Caribbean.

It's also worth saying, this should not be America's fight alone. We barely use the Strait of Hormuz as a country. Our energy doesn't flow through there, and we have plenty of energy. Just look at the new global Congo line headed to Texas, a beautiful picture.
Europe and Asia have benefited from our protection for decades, but the time for free-riding is over. America and the free world deserve allies who are capable, who are loyal, and who understand that being an ally is not a one-way street, it's a two-way street. We are not counting on Europe, but they need the Strait of Hormuz much more than we do, and might want to start doing less talking and having less fancy conferences in Europe, and getting a boat.

This is much more their fight than ours. On this core mission, America's will is unshakable, our capabilities unmatched. Our blockade is only growing and going global. And as the President said, we have all the time in the world. Iran has a historic chance to make a serious deal, and the ball is in their court. Either way, the War Department stands ready for what comes next, locked and loaded. May God continue to bless our warriors each and every day and on each and every mission. Mr. Chairman, over to you.

GENERAL DAN CAINE:  Thank you, Mr. Secretary, and good morning, everyone. Thanks for being here. Today marks 55 days since the President of the United States ordered major combat operations against Iran. Today, and this morning, the Joint Force remains postured and prepared to recommence major combat operations on the order of the president.

On April 8th, the president announced a cease fire. And last week, at the president's direction and on order of the secretary, US CENTCOM began enforcing a blockade against all commercial vessels going into and out of Iran and their ports. Simultaneously, the US military, in support of the US Department of Justice, was ordered to conduct maritime interdiction operations against sanctioned and dark fleet vessels globally. This operation also began on April 8th. And what I'd like to do this morning is update all of you on those actions and activities.

First, as I mentioned, US Central Command continues to maintain a strict blockade on all the ports. We're enforcing the blockade across the board against any ship of any nationality that is transiting to or from an Iranian port or territory.

We're closely tracking vessels of interest headed towards Iran and those moving away from Iran that were outside the blockade area when this blockade was ordered. And as everyone saw this past weekend, we're prepared and postured to intercept them. As of this morning, 34 ships have met the US blockade and made the wise choice to turn around.

One ship did not, and that ship was the motor vessel Touska. Over several hours this past Sunday, April 19th the US conducted maritime interdiction operations against the Touska, whose crew attempted to breach the blockade line. The Touska is a large container ship, about 965 feet long, or about the same size as a United States Navy aircraft carrier, and over 100 feet wide.

The operation began about 4:00 am Eastern Standard Time, when the United States Navy destroyer approached her and the crew and the vessel ignored warnings. And I've described how the destroyer force is operating in the area prior. Um, upon intercept and coming within visual range, American forces began to issue several clear and unambiguous warnings, and informed the vessel and their crew that they were in a violation of the US blockade and directed the ship to turn around.

Over a six hour period, the vessel and her crew repeatedly ignored US warnings. And then the US Navy destroyer executed a series of pre-planned, carefully calibrated escalation options, including firing five warning shots. The vessel and her crew continued to ignore warnings. And after exhausting all other measures, CENTCOM authorized disabling fire against the Touska.

US sailors warned the crew of the Tuska to abandon the engine room and at approximately 9:00 am eastern time, the destroyer disabled the Touska's engine by firing nine inert rounds from the destroyer's mark 45 five-inch guns, precisely into the engine room and engine space on board the Touska. Not surprisingly, the vessel then reported issues with their engine, went dead in the water and began to comply with US directions and orders.

At 4:00 pm Eastern Standard Time, CENTCOM ordered United States Marines to seize the ship. Via helicopters, US Marines maneuvered quickly to the disabled ship, boarded her from fast ropes via helicopter infiltration methods, and took custody of the ship. The ship and her crew remain safe in US custody today.

Let me now turn to global operations in the Pacific, and I want to highlight that this is a major interagency effort between the United States military, the White House, the Department of Homeland Security, and the Department of Justice. On Monday, April 20th, US INDOPACOM forces, in support of a Department of Justice request, interdicted the motor tanker Tifani, which was transporting sanctioned Iranian oil.

The Tifani is a very large crude tanker, VLCC for short, and is also about the size of a US aircraft carrier, and capable of transporting approximately two million barrels of oil. At approximately 11:30 pm Eastern Time, US military forces and law enforcement forces also went to the ship via rotary wing platforms, fast roped onto her deck and secured her.

After the ship was secured, a US Navy control team embarked aboard the Tifani, Tifani or Tifani, and assumed control of the ship at 4:00 am Eastern Time on April 21st. A Navy control team is comprised of sailors led by a boarding officer that assumes control of a sea ship in order to secure the crew, the cargo and the vessel, and disposition of that first vessel is still pending. The next interdiction occurred on Wednesday, this past Wednesday, 22 April, when INDOPACOM conducted yet another interdiction, again at the request of the US Department of Justice. This time, the stateless motor tanker, Majestic X, also known as

The Panics, also in the Indian Ocean.

This is, again, a VLCC, or very large crude tanker. At approximately 11:00 pm Eastern Standard Time, US forces began the interdiction, again, using rotary wing assets to get to the ship, got on board and secured the bridge. Both ships, the Tifani, the Majestic X, and their crews, remain in US custody. And we will continue to conduct similar maritime interdiction actions and activities in the Pacific and Indian Oceans against Iranian ships and vessels of the dark fleet.

The actions by our service members and our law enforcement partners demonstrate the incredible discipline and dedication and professionalism of our Joint Force, and highlight the global reach of American combat power. The Joint Force remains on ensuring the Iranian regime cannot harm our interests or those of our allies and partners.

And I'll highlight that Iran has repeatedly sought to offensively and proactively expand the conflict by aggression against its neighbors and its attacks on global shipping through the strait. To date, Iran has attacked five merchant vessels, seized two of them that were attempting to transit the strait, and these include ships that Iran itself had cleared to proceed.

Now, as I always do, I want to honor members of the Joint Force. Today, I want to highlight and proudly describe the essential role of our intelligence enterprise and the role that they play in conducting our military operations. The totality of their work is the culmination of days, months, and in many cases, years of work by our uniformed and civilian intelligence professionals.

We have been able to do the work that we are ordered to do because America's intelligence force, including our core collectors and analysts, have spent decades searching for every loose thread. From the determination of a particular intelligence requirement, to that piece of intelligence being collected in the field by a military or interagency case officer, to the rigorous analysis that goes into reporting on that finding, those team members spend their careers answering the incredibly important questions that we must attempt to answer before, during, and after operations. They live in the enemy's mind. Normally located behind the green door or behind the vault door, in dark, windowless rooms across the world 24 hours a day, seven days a week, 365 days a year, are world-class intel members from DIA, our service intelligence components, NSA, NGA, CIA, NRO, and in the case of the operations

that I've just described, the Office of Naval Intelligence, all work tirelessly to sift through the mountains of collected information using tools, tactics, techniques and procedures that I'm not going to discuss today.

The sun never sets on these world-class professionals, and their goal is every minute of every day to be on the account. And they know the enemy. They know their combat capability, their weapons, their industrial and economic systems and they know their leaders, their leaders' pattern of life, where they go, what they think, and what they do. Thanks to their work, we know Iran and it is an incredible work that they do.

Again, none of our operations that we've conducted during my time in this job could have done — could have been done without the service of these intelligence professionals. And the distance from those core collectors and those analysts to those Patriot crews for defending US forces forward, or the fighter pilots, is incredibly small.
Every single day, as their motto say, they are committed to excellence in the defense of the nation and to securing the future and they're doing the work of the nation. Before I close, as I do every time, I want to highlight and remember our fallen. Today, I want to highlight the 63 victims of the terrorist bombing of the US Embassy in Beirut, which occurred 43 years ago, just a few days ago, on April 18th, 1983. At that time, this was the deadliest attack on a US diplomatic mission, and this was the first attack conducted by Iranian-backed forces on Americans.

The suicide bomber detonated a vehicle borne improvised explosive device out in front of the embassy, killing 63 innocent people, including 32 Lebanese, 14 visitors and 17 Americans. And among those lost, members of the Joint Force to include three Army soldiers and one United States Marine. We remember their names, Sergeant First Class Richard Twine, Staff Sergeant Ben Maxwell, Staff Sergeant Mark Salazar, and United States Marine Corporal Vincent McMahon.

Today, we remember them. We carry on their memory and the memory of all our fallen and remain grateful for their sacrifice and that of their families who continue to show us what courage looks like. As we continue to press forward and maintain these operations, the Secretary, the Joint Chiefs of Staff and I are deeply humbled by the spirit, tenacity and

commitment and grit of the 2.8 million members of our Joint Force. The Secretary and I thank every member of the Joint Force engaged in this operation, every warrior who remains deployed or who is supporting from here at home.

Thank you to you and thank you to your families. Sir, I'll turn it back over to you.

SECRETARY HEGSETH:  Thank you, Mr. Chairman. We'll take a few questions.

Q:  Thank you. In your estimation, have there been increased or decreased instances of Iranian vessels either approaching or trying to breach the blockade the longer it is in effect? And another question about the mine threat. Has the mine threat been neutralized enough to facilitate freer flow in the Straits?

SECRETARY HEGSETH:  Well, to the second question, first of all, we are seeing vessels transiting. There are paths that are open, and part of what the President is threatening is ensuring if there's attempts to lay recklessly and irresponsibly lay more mines, we're going to deal with that. It's a violation of the cease fire.

So transit is occurring, much more limited than anybody would like to see, and with more risk than people would like to see, but that's because Iran is doing irresponsible things with small fast boats, crafts, like I said, with weapons on them. These are commercial ships, in some cases, cruise ships, cruise ships that came through, being threatened by these.

So as far as breaching the blockade, it's been a pretty consistent. There were a number of ships at the beginning. Then you had the interdiction that the Chairman described, where we took out the engine room and disabled that ship. I think that sent a very clear sign that this is not a fake blockade, this is a real, full blockade. We'll use up to and including lethal force if necessary.

And that stopped and other ships have taken note of that. So any ships that have attempted, there's been levels of escalation, but none that far and they've turned around, absolutely. Yes.

Q:  Good morning, Mr. Secretary, Mr. Chairman. David Zere, Real America's Voice. To follow up on Alexandra's question, um, how big are these mine laying boats? Can they be achieved from fast boats? And I wanted to follow up on my last week question about as jet fuel stocks in Europe reportedly are only about six weeks left, they get most of their jet fuel from the Gulf, have any European countries reached out to assist in cordoning off the strait and participating in escorts?

SECRETARY HEGSETH:  I know there's a lot of talks. You saw the, I would call it a silly conference, uh, in Europe last week, where they got together and talked about talking about maybe doing something, eventually, when things are done. Uh, those are not serious efforts yet. We would welcome that. We would welcome a serious European effort to do something about this strait and this passage, considering it's their energy capabilities that are most at stake.

I think it's a wake-up call. It's a wake-up call for countries around the world. Either you have capabilities or you don't. Otherwise, you're at the behest of a country like Iran. And the only country that can do something about it is the United States military. Do you want to talk about the mines and the small crafts?

GENERAL CAINE:  They have a variety of smaller Boston Whaler-sized boats. We have forces up there deterring and preventing them from continuing to do that, and we'll continue to do so pursuant to the orders of the Secretary and the President.

SECRETARY HEGSETH:  But it would — reckless mining like that is a violation of the cease fire.

GENERAL CAINE:  Unwise to do that.

SECRETARY HEGSETH:  And very unwise to do, absolutely. Jerry.

Q:  Thank you. So, uh, Pope Leo has made some comments about the war in Iran, and the US Conference of Catholic Bishops recently put out a statement suggesting that the war does not fit the requirements of just war theory. And I wondered if the Pentagon had, uh, thought about, uh, this war against the terrorist regime in Iran in terms of the framework of a just war? And if either one of you could talk about that.

And then just my second question would be, um, the Pentagon recently, this week, gave well-deserved, um, award upgrades to the members of Golf Company 2/1 Marines who served at HKIA and Abbey Gate during the withdrawal and evacuation. I wonder if you, Mr. Secretary, could speak a little bit about that and maybe give us a little bit more in terms of what to expect from this Afghanistan review in terms of further proper recognition and proper accountability?

SECRETARY HEGSETH:  Um, on the first question, Pope's going to do his thing. That's fine. Uh, we know what our mission is. We know what authority we have. We're very clear about that. We follow that, uh, the orders of the President. We've got, uh, lawyers all over the place, looking at what we're doing and why we're doing it, and giving us every authority necessary under the Constitution and under our laws to execute it. So we feel very confident across the spectrum about what we're doing and why we're doing it, and the legal justification that we're following in order to do it.

You mentioned the Marines at Abbey Gate, uh, and, you know, what we've undertaken at this department is a historic, uh, Afghanistan review. So we have, over the course of months, reviewed what happened leading up to and including the events at Abbey Gate and the disastrous withdrawal in Afghanistan. There's never actually been a full accounting in this department of the decisions that were made.

There's been sort of papered-over Congressional attempts, but never a real deep dive, where we brought everybody in to talk about what happened and why it happened. That has happened. That review will come, uh, later this summer, and I think you'll find it to be probably the most comprehensive review this department has ever done about a single series of events.

And it's because the cascading effect of what Joe Biden did in abandoning, uh, that mission the way that he did, and that disastrous withdrawal had ripple effects for our military, for our country, and for the world. That's why reestablishing deterrence is one of the core pillars of what we've been doing at the War Department, is because the world looked at that disaster and made choices, Vladimir Putin made choices, Hamas made choices, and saw that America wouldn't do anything about it.

Houthis shot at ships. They made choices because Joe Biden and his administration were seen as feckless and weak. And that withdrawal was a part of what the world saw, people hanging to planes as we fled. That deserves a full accounting, which is exactly what we're doing. Sean Parnell, our Chief Spokesman, one of my senior advisors, has been leading that effort, getting to the bottom of it. And one of the revelations was that those Marines at Abbey Gate who showed courage, who were out there exposed, knew there was a threat, nebulous mission, the only gate that's open, did not receive the kind of proper recognition they should have for their heroism.

So one of the early results of this Afghan review is to ensure they get the due recognition and award they deserve for the heroism and courage they showed at that gate. Despite the bad decisions of this building and that administration, those Marines acted heroically, and we're going to recognize them for that. Jerry, thank you. Yeah, right here.

Q:  Thank you. Michael Casey with O'Keefe Media Group. Earlier this week, James O'Keefe published a story on Department of Army nuclear chief Andrew Hug, who revealed top secret national security information to a stranger he met on a dating app. Will you defer

Mr. Hug for termination and prosecution?

SECRETARY HEGSETH:  Yeah, he won't work here anymore.

Q:  And given the revelations, will —

SECRETARY HEGSETH:  It's an easy one.

Q:  — any changes be made to the current anti-espionage training for all Department of War employees now, given this?

SECRETARY HEGSETH: Well, we're always on the lookout for CI threats, any internal threats, anyone talking out of school about things they should not. We take leaking very seriously here, informally or formally, which is why some of the reporting done by some of the people in here is incredibly problematic. They're willing to publish things based on classified information that would potentially harm those in harm's way.

And we think them doing so is incredibly irresponsible and unpatriotic. And I would encourage members of the press to think twice about the lives they're affecting when they publish things in their publications, like The New York Times.

Q: Mr. Chairman?

SECRETARY HEGSETH:  Yes. Right here.

Q: Was the Touska carrying dual use equipment to China?

SECRETARY HEGSETH:  Sir. I'm sorry, the question is right here.

Q: Thank you. Ryan Morgan with The Epoch Times. Earlier this week, on that topic, there was a report, I believe, with The Washington Post, that the Pentagon had briefed Congress that it could take up to six months to fully sweep the Strait of Hormuz for mines. I was wondering if you could comment a little bit more on the specifics of the timeline, the range of time that it could take, and then just a general idea of how many mines have been placed?

SECRETARY HEGSETH:  We would not speculate on a timeline. I saw that report. It was based on, again, another leak from a closed door session which was supposed to be classified and apparently, allegedly, that was something that was said about we feel confident in our ability, in the correct period of time, to clear any mines that we identify. I would encourage other countries to be a part of such an effort as well, but we're tracking that very closely. Mr. Chairman, do you want to add anything to that?

GENERAL CAINE:  No, sir. I think you covered it.

SECRETARY HEGSETH:  OK. Right here, new members of our press corps here.

Q: Jacob Wasserman with TMZ DC. We have two questions. I'm going to ask the first, my colleague will ask the second.

SECRETARY HEGSETH:  Well, we'll see.

Q:  You know, I've heard you talk a lot about — sorry.

SECRETARY HEGSETH:  We'll see.

Q:  OK. I've heard you talk a lot about bombing people in places. And when you give these orders to carry out this extreme level of violence, what's going through your mind and your body? Do you have, like, an adrenaline rush? Are you scared? Do you feel like you're on a power trip? Just walk us through and paint us a picture —

SECRETARY HEGSETH:  No.

Q:  — of what it feels like mentally and physically.

SECRETARY HEGSETH:  It's a very TMZ question. Um, my only thought process is to ensure that our war fighters have everything they need to be successful, defeat and destroy the enemy, and they come home. Uh, that they — I want them to feel empowered, to have every authority they need within our rules and within our law to bring maximum violence to the enemy, because war is violent, uh, war requires doing difficult things, but I want our people to feel empowered, so it's our guys that come home and their guys that do not.

Q:  And second question.

SECRETARY HEGSETH:  Sure, I'll give you one chance.

Q:  Charlie Cotton from TMZ DC. Uh, you changed the Department of Defense to the Department of War. Would you consider changing the name again to the Department of Peace, since that's what we're all after?

SECRETARY HEGSETH:  Well, that's the pursuit. It's a great question, actually. Uh, you go from defense to war because you want to be proactive about peace through strength. And really, I gave a speech in front of generals about what the ethos of the War Department is all about, because I want it to go through every echelon of this department.

It means something, it's not just words. And when you fight a war the right way, the idea is on the other side you bring about peace. That is what we would like to see the most. In fact, I once did a video about the one institution that should win the Nobel Peace Prize every single year is the United States military, because we are the guarantor of the safety and security, not just of our country, but of a lot of people in this world.

Last question, yes, sir.

Q:  Thank you very much, Mr. Secretary. I do appreciate your time. Since February 28th, 725 drones and missiles have hit the Kurdistan region as your loyal ally, killing 22 people and injuring 100 others. Even after the cease fire, Mr. Secretary, 20 more attacks were carried out. My question is, does that ceasefire include Iraq and the Kurdistan region?

And really, what is your clear policy toward proxies? Why I am asking this question by President Masoud Barzani statement, five times targeting his office, even targeting President of Kurdistan Region residents in Duhok City.

SECRETARY HEGSETH:  We watch it very closely, and that area and those folks, the Kurds, deal with a lot of what the IAMGs, or the proxies, are capable of doing. And a reminder of the reverberating effect of this Iranian regime, it's not just what it does to its own people, killing 45,000 of its own citizens just recently, but it's also the terror they've brought to the region.

And so getting a good deal and making sure they can't wield a nuclear weapon over top of those proxies is why this mission is such an important one. Thank you very much, appreciate it.

GENERAL CAINE:  Thank you.

Hosted by Department of War Information Activity - WEB.mil