# EXHIBIT 10

**This Exhibit serves as a Notice of Filing under Local Civil Rule 5.4(e)(1).  It preserves a link to a publicly posted video on youtube.com.  The original .mp4 file can be made available to the Court upon request.**



**James O'Keefe Asks Pentagon Press Secretary Question About Identifying Anti-Trump Members Of DoD**

Forbes Breaking News ✓
5.4M subscribers

Subscribe

👍 27    👎    ➤ Share    🔖 Save    •••

1K views  4 weeks ago
At a press briefing on Tuesday, James O'Keefe asked Pentagon Press Secretary Kingsley Wilson about identifying and addressing anti-Trump members of the Department of Defense.
...more

## 7 Comments    ⇄ Sort by

Add a comment...