# EXHIBIT 12

**This Exhibit serves as a Notice of Filing under Local Civil Rule 5.4(e)(1).  It preserves a link to a publicly posted video on X.com.  The original .mp4 file can be made available to the Court upon request.**



← **Post**

**DOW Rapid Response** ✔ 🔷
@DOWResponse

.@PressSecDOW welcomed the brand-new Pentagon Press Corps to the briefing room:

"Welcome all of you to the Pentagon briefing room as official new members of the Pentagon Press Corps. We are glad to have you.

Legacy media chose to SELF-DEPORT from this building, and if you look at the numbers, it's pretty clear why no one followed them."



11:21 AM · Dec 2, 2025 · **298.4K** Views

💬 255          ↻ 1.4K          ♡ 6.7K          🔖 182          ⬆

💬 Read 255 replies