# EXHIBIT 13

X

Home

Explore

Notifications

Chat

Grok

Bookmarks

← **Post**



**Cam Higby** 🇺🇸 ✓
@camhigby

Subscribe   ⊘   •••

Press have always worked at the Pentagon.

Spoiler: They work at the White House too.

Correspondents place themselves at the buildings so when a major story breaks they're there to cover it.

7:45 PM · Dec 1, 2025 · **79.4K** Views

💬 64          ↻ 4          ♡ 231          🔖 3          ↑

Relevant ⌄