# EXHIBIT 16



← **Post**

**Scott Nover**
@ScottNover                                    ...

I've asked the Defense Department whether this request for tips violates its new press policy. It never responded to my requests for comment about Loomer's credentialing yesterday and has not responded to this question today.

washingtonpost.com/business/2025/...

> **Phil Stewart** ✔ @phildstewart · Nov 4
>
> @LauraLoomer is appealing for tips, as she announces that she's signing onto a Pentagon policy prohibiting that basic aspect of journalism. The policy states, and I quote: "An advertisement or social media post by an individual journalist or media outlet that directly targets x.com/LauraLoomer/st...
> Show more

1:53 PM · Nov 4, 2025 · **147.8K** Views

💬 3          ↻ 7          ♡ 40          🔖 2          ↑