# EXHIBIT 17



𝕏

← **Post**

**Scott Nover**
@ScottNover                                                          ...

New: @PressSecDOW now says Loomer's request for tips doesn't violate the press policy b/c it's a "general" tip line.

"If Fake News reporters actually had a brain and could read our policy correctly, then maybe one day they will be as effective of a journalist as Ms. Loomer is."

WaPo's solicitation, which explicitly and exclusively targets military personnel and DoW employees, Laura Loomer's X
g tips to her news outlet is a general tip line, which is constitutionally permissible. Therefore it does not violate the Pe
ccess policy. This distinction was explained in detail to the Pentagon Press Association before they chose to engage in
st and performative walk out. If Fake News reporters actually had a brain and could read our policy correctly, then ma
will be as effective of a journalist as Ms. Loomer is."
itable to Pentagon Press Secretary Kingsley Wilson.

**Scott Nover** @ScottNover · Nov 4
I've asked the Defense Department whether this request for tips violates its new press policy. It never responded to my requests for comment about Loomer's credentialing yesterday and has not responded to this question today.
...

2:02 PM · Nov 4, 2025 · **285.8K** Views

💬 29          🔁 59          ♡ 224          🔖 22          ⬆️

💬 Read 29 replies