**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE NEW YORK TIMES COMPANY, *et al.*

*Plaintiffs*,

v.

DEPARTMENT OF DEFENSE, *et al.*,

*Defendants*.

**Civil Case No. 26-cv-1690 (PLF)**

### PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1(c) and (d), Plaintiffs The New York Times Company and Julian E. Barnes ("Plaintiffs"), by and through their undersigned counsel, respectfully move for a preliminary injunction against Defendants Department of Defense a/k/a Department of War; Pete Hegseth, in his official capacity as Secretary of Defense; Sean Parnell, in his official capacity as Chief Pentagon Spokesman; and Timothy Parlatore, in his official capacity as Special Advisor to the Secretary of Defense ("Defendants").

By their Motion, Plaintiffs respectfully request that this Court preliminarily enjoin Defendants from enforcing the provisions of the Department's interim policy pertaining to Pentagon Facility Alternate Credentials that was issued by the Department on March 23, 2026 as a revised "Pentagon Reservation In-Brief for Media Members" attached to a Memorandum for Senior Pentagon Leadership entitled "Implementation of Revised Media In-Brief," ECF 1-1 ("Interim Policy"), that are identified in the attached Proposed Order.

Preliminary injunctive relief is appropriate here because Plaintiffs are likely to prevail on the merits of their claims against Defendants as to those provisions of the Interim Policy, Defendants' actions are inflicting serious and irreparable injuries on Plaintiffs for which there is

no adequate remedy at law, the balance of equities favors injunctive relief, and an injunction would serve the public interest by ensuring Defendants' compliance with the First Amendment and the Administrative Procedure Act.

The grounds for this Motion are fully set forth in the attached Memorandum of Law and supporting declarations and exhibits.  A proposed order describing with more particularity the relief sought also is attached.

Pursuant to Local Civil Rule 65.1(d), Plaintiffs respectfully request that this Motion be set for hearing no later than 21 days from the date of its filing.  As detailed in the attached Memorandum of Law and supporting declarations, the provisions of the Interim Policy at issue are currently in effect and being enforced by Defendants to restrict Plaintiffs' ability to engage in constitutionally protected newsgathering and reporting inside the Pentagon and, accordingly, expedition is essential.

Undersigned counsel has conferred with counsel for Defendants, who has stated that Defendants oppose this Motion.

Dated: May 22, 2026

                            Respectfully submitted,

*/s/ Theodore J. Boutrous Jr.*

Theodore J. Boutrous Jr., D.C. Bar #420440
Katie Townsend, D.C. Bar #1026115
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Susan Pelletier*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539
SPelletier@gibsondunn.com

*Attorneys for Plaintiffs*

**pro hac vice application forthcoming*

3