**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>*Defendants*. | **Civil Case No. 26-cv-1690 (PLF)**<br><br><br>**DECLARATION OF**<br>**THEODORE J. BOUTROUS JR.** |

## <u>DECLARATION OF THEODORE J. BOUTROUS JR.</u>

I, Theodore J. Boutrous Jr., hereby declare as follows:

1.    I am over the age of 18 and make this declaration based upon my personal knowledge and experience.  If called to do so, I could and would competently testify to these matters under oath.

2.    I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn").  I represent Plaintiffs The New York Times Company ("The Times") and Julian E. Barnes in the above-captioned case.  I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

3.    Attached as <u>Exhibit 1</u> is a true and correct copy of an article by Tim Weiner, titled *J.F.K. Turns to the C.I.A. to Plug a Leak*, published by the New York Times on July 1, 2007, and which is available at https://bit.ly/4doFTaL.

4.    Attached as <u>Exhibit 2</u> is a true and correct copy of an article published on TIME, titled *Pentagon's Correspondents Corridor Renamed*, published on September 27, 2012, and available at https://bit.ly/4wOdeUg.

1

5.      Attached as Exhibit 3 is a true and correct copy of excerpts of an online version of a book by Alfred Goldberg, titled *The Pentagon: The First Fifty Years*, published by the Department of Defense in 1992, and which is available at https://bit.ly/4fz09b5.

6.      Attached as Exhibit 4 is a true and correct copy of an article by Jeffrey Goldberg titled *The Trump Administration Accidentally Texted Me Its War Plans*, published in The Atlantic on March 24, 2025, and available at https://bit.ly/4nHIKPp.

7.      Attached as Exhibit 5 is a true and correct copy of an article by Ian Schwartz titled *Trump Blasts NYT's David Sanger: We've Had A Total Victory in Iran, Except With "Treasonous" Reporters Like You*, published online by RealClearPolitics on May 15, 2026, and is available at https://bit.ly/4dBnRkn.

8.      Attached as Exhibit 6 is a true and correct copy of the U.S. Supreme Court's Requirements and Procedures for Issuing Supreme Court Press Credentials, which I last visited on May 21, 2026, and which is available at https://bit.ly/4tOWn0M.

9.      Attached as Exhibit 7 is a true and correct copy of an article published on Military Installations, titled *Pentagon – Air Force*, which I last visited on May 21, 2026, and which is available at https://bit.ly/4uW2eSU.

10.      Attached as Exhibit 8 is a true and correct copy of an article by Spc Brandon Dyer, titled *Your Guide to the Pentagon*, published on the U.S. Army website on March 15, 2016, and which is available at https://bit.ly/4eVbDW8.

11.      Attached as Exhibit 9 is a true and correct copy of a webpage titled *Transcript, Secretary of War Pete Hegseth and Chairman of the Joint Chiefs Air Force Gen. Dan Caine Hold a Press Briefing*, on the U.S. Department of War's website, published on March 13, 2026, and which is available at https://bit.ly/4tRZmWr.

12.     Attached as Exhibit 10 is a true and correct copy of the Parlatore Law Group's webpage, which I last visited on May 21, 2026, and which is available at https://bit.ly/4eW1Zm9.

13.     Attached as Exhibit 11 is a true and correct copy of an article by Julian Barnes et al. titled *U.S. at Fault in Strike on School in Iran, Preliminary Inquiry Says*, published in the New York Times on March 11, 2026, and which is available at https://bit.ly/4tLEtMf.

14.     Attached as Exhibit 12 is a true and correct copy of an article by Greg Jaffe et al. titled *A Harrowing Race Against Time to Find a Downed U.S. Airman in Iran*, published in the New York Times on April 5, 2026, and which is available at https://bit.ly/4wKA5zM.

15.     Attached as Exhibit 13 is a true and correct copy of an article by Julian Barnes et al. titled *Iran Could Retrieve Uranium at Site U.S. Bombed Last Year, Officials Say*, published in the New York Times on March 7, 2026, and which is available at https://bit.ly/4nJhrV6.

16.     Attached as Exhibit 14 is a true and correct copy of an article by Bob Greene titled *The Cartoonist vs. the General*, published in the Wall Street Journal on April 5, 2026, and which is available at https://bit.ly/4f1uZsO.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of May in Los Angeles, California.


*/s/ Theodore J. Boutrous Jr.*
Theodore J. Boutrous Jr.

3