**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY, et al.,<br><br> *Plaintiffs*,<br><br>        v.<br><br> UNITED STATES DEPARTMENT OF DEFENSE, et al.,<br><br> *Defendants*. | Civil Action No. 1:26-cv-1690-PLF |

**CONSENTED TO MOTION FOR SCHEDULING ORDER**

Defendants in the above-captioned case hereby move for the entry of a scheduling order for orderly briefing of Plaintiffs' motion for preliminary injunction (ECF 6). Defendants conferred with Plaintiffs on May 22, 2026 via email and Plaintiffs consent to the relief sought. The parties agree to the following proposed schedule:

1. On or before June 4, 2026, Defendants will file their opposition to Plaintiffs' motion for a preliminary injunction;

2. On or before June 9, 2026, Plaintiffs will file their reply in support of their motion for a preliminary injunction

3. The parties understand that the Court is available for a hearing on June 12, 2026. The parties are available and request a hearing at a time that is convenient for the Court on that date.

Good cause exists for this request. The proposed schedule provides the parties the opportunity to fully brief the issues presented in Plaintiffs' preliminary injunction motion. No party will be prejudiced by entry of this scheduling order, as the parties agree to the schedule.

1

DATED: May 22, 2026                    Respectfully submitted,


                                       BRETT A.  SHUMATE
                                       Assistant Attorney General

                                       JOSEPH E. BORSON
                                       Assistant Branch Director

                                       */s/ Michael Bruns*
                                       Michael Bruns
                                       Trial Attorney
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street, N.W.
                                       Washington, DC 20005
                                       michael.bruns@usdoj.gov

                                       *Counsel for Defendants*

2