# Exhibit 1

MHI
Copy 3

**FM 30–26**

## WAR DEPARTMENT

### BASIC FIELD MANUAL

# REGULATIONS FOR CORRESPONDENTS ACCOMPANYING U. S. ARMY FORCES IN THE FIELD

**January 21, 1942**

Including C 1, 24 April 1942; C 2, 25 July 1942; and C 3, 23 December 1942.

Note: This is not a revision; this manual contains only the above changes to the 21 January 1942 edition placed at back following original text, and will not be issued to individuals possessing that edition.

**FM 30-26**

# BASIC FIELD MANUAL

## REGULATIONS FOR CORRESPONDENTS ACCOMPANYING U. S. ARMY FORCES IN THE FIELD

Prepared under direction of the
Chief of Staff



Including C 1, 24 April 1942; C 2, 25 July 1942; and C 3, 23 December 1942.

Note: This is not a revision; this manual contains only the above changes to the 21 January 1942 edition placed at back following original text, and will not be issued to individuals possessing that edition.

## TABLE OF CONTENTS

|  | Paragraph |
|---|---|
| General | 1 |
| Definition | 2 |
| Status of correspondents | 3 |
| Privileges | 4 |
| Application | 5 |
| Limit on number | 6 |
| Agreement | 7 |
| Credentials | 8 |
| Uniform | 9 |
| Transportation | 10 |
| Reporting upon arrival | 11 |
| Filing of material | 12 |
| Censorship of articles for publication | 13 |
| Photographic censorship | 14 |
| Signal and mail service | 15 |
| Relief from appointment | 16 |
| Discipline | 17 |
| Visiting correspondent | 18 |

WAR DEPARTMENT,
Washington, January 21, 1942.

FM 30–26, Regulations for Correspondents Accompanying U. S. Army Forces in the Field, is published for the information and guidance of all concerned.

[A. G. 062.11 (12–24–41).]

BY ORDER OF THE SECRETARY OF WAR:

G. C. MARSHALL,
*Chief of Staff.*

OFFICIAL:

E. S. ADAMS,
*Major General,
The Adjutant General.*

DISTRIBUTION:

X.

(For explanation of symbols see FM 21–6.)

FM 30–26
1–3

## BASIC FIELD MANUAL

### REGULATIONS FOR CORRESPONDENTS ACCOMPANYING U. S. ARMY FORCES IN THE FIELD

■ 1. GENERAL.—The Army recognizes that correspondents perform an undoubted public function in the dissemination of news concerning the operations of the Army in time of war. Correspondents accompanying troops in the field occupy a dual and delicate position, being under the necessity of truthfully disclosing to the people the facts concerning the operations of the Army, and at the same time of refraining from disclosing those things which, though true, would be disastrous to us if known to the enemy.   It is apparent that this important function can only be properly performed under reasonable rules and regulations.

■ 2. DEFINITION.—The term "correspondent" as used in this manual includes journalists, feature writers, radio commentators, motion picture photographers, and still picture photographers accredited by the War Department to a theater of operations or a base command within or without the territorial limits of the United States in time of war.   Correspondents are classed as "accredited" and "visiting."   This manual pertains principally to the former.   See paragraph 18 for instructions concerning visiting correspondents.

■ 3. STATUS OF CORRESPONDENTS.—*a.* Correspondents in time of war accompanying the armies of the United States, both within and without the territorial jurisdiction of the United States, although not in the military service, are subject to military law (AW 2(*d*)) and are under the control of the commander of the Army force which they accompany.

*b.* They are not entitled to the benefits provided by laws enacted exclusively for persons in the military service and they are subject to the provisions of the Selective Training and Service Act of 1940, and regulations prescribed thereunder.

1

*c.* In the event of capture by enemy forces they are entitled to be treated as prisoners of war, provided they are in possession of a certificate from the military authorities of the armed forces which they are accompanying.   (Geneva Conference, July 27, 1929, Title VII, Art. 81.)

*d.* Correspondents will not exercise command, be placed in a position of authority over military personnel, nor will they be armed.  They are under the same restrictions as other military personnel as regards the settlement of accounts, compliance with standing orders, and the conducting of themselves with dignity and decorum.

*e.* A correspondent becomes subject to military law from the time at which he commences to accompany troops or personnel who are on active service.  This will generally be upon his arrival at the field force to which he is accredited, but may commence earlier if he travels to the field force via Government transportation.

■ 4. PRIVILEGES.—*a.* Correspondents will be given the same privileges as commissioned officers in the matter of accommodations, transportation, and messing facilities.  All courtesies extended them in such matters must be without expense to the Government.

*b.* Every reasonable facility and all possible assistance will be given correspondents to permit them to perform efficiently and intelligently their work of keeping the public informed of the activities of our forces within the limits dictated by military necessities.

*c.* So far as the exigencies of the service permit, correspondents will receive, without charge, the same medical treatment as that accorded officers.

*d.* Correspondents are free to converse with troops whenever they wish to do so, subject to the approval of the officer present with the troops in question.  They are requested and expected, however, to refrain from conversing with troops at work or on guard, or from discussing subjects or soliciting answers to matters which are clearly secret.

■ 5. APPLICATION.—*a.* Application to accompany U. S. Army forces in the field will be submitted by the individual or by the agency concerned to the Director, War Department Bureau of Public Relations, Washington, D. C.

*b.* The application will state the name and address of the individual; qualifications and past experience in his field of work, including names of former agencies for which he worked; citizenship and place and date of birth; general health condition; the particular force it is desired he accompany; and any other pertinent information which will assist in the consideration of his application.

■ 6. LIMIT ON NUMBER.—*a.* The number of correspondents which will be accredited to a particular field force will be within the quota set by the War Department and based upon the recommendation of the force commander as determined by the size of the force, the distance from the usual media of news dissemination, and the availability of accommodations within the command or adjacent communities.

*b.* Representation with any one field force will be limited to one correspondent each from press associations, publications, radio, news, and picture syndicates; sole exception to this ruling will be the accrediting of a two man crew in the case of news reels.  The War Department objective being the widest possible distribution of information to the American people, preferences in the consideration of applications will be given to agencies representing the largest possible news or picture dissemination.

*c.* In view of the importance of the work of correspondents in the field, and the necessary limitations as to the numbers of correspondents accredited to the field forces in any one theater of operations, the War Department will accredit only experienced newspaper men; all other conditions being equal, preference will be given to newspaper men with past military experience or past experience in the coverage of large maneuvers.

*d.* No officer, enlisted man, or civilian employee of the military forces serving in the theater of operations will be permitted to be a correspondent for any publication without the written permission of the theater or base commander.  Correspondents will not use military titles in signing dispatches.

■ 7. AGREEMENT.—Before final acceptance a correspondent will be required to sign an agreement, in triplicate, as follows:

3

BASIC FIELD MANUAL

WAR DEPARTMENT

Bureau of Public Relations

Washington

----------------
(Date)

AGREEMENT

In connection with authority granted by the War Department to me, the undersigned, to accompany _____ for the pur-
(Name of field force)
pose of securing news or story material, still or motion pictures, or to engage in radio broadcasting, I subscribe to the following conditions:

1. That, as a civilian accredited to the Army of the United States within or without the territorial limits of the United States, I am subject to the Articles of War and all regulations for the Government of the Army issued pursuant to law.

2. That, I will govern my movements and actions in accordance with the instructions of the War Department and the commanding officer of the Army unit to which I am accredited, which includes the submitting for the purposes of censorship all statements, written material, and all photography intended for publication or release either while with the Army or after my return, if the interviews, written matter, or photography are based on my observations made during the period or pertain to the places visited under this authority.

3. That, I waive all claims against the United States for losses, damages, or injuries which may be suffered as a result of this authority.

4. That, this authority is for the period _____ to _____, and subject to revocation at any time.

Signed: _____
Representing: _____
(Company, syndicate, or agency)

Witnessing officer: _____
(Name)

----------------
(Grade and organization)

This form will be executed in triplicate for disposition as follows:

> 1 copy to War Department Bureau of Public Relations, for file.
>
> 1 copy to GHQ for transmittal to the commanding general of the field force concerned.
>
> 1 copy to correspondent.

■ 8. CREDENTIALS.—*a.* When an application for appointment as a correspondent is approved, the applicant will be furnished credentials and a Correspondent's Identification Card by the director of the War Department Bureau of Public Relations. The card is similar to W. D., A. G. O. Form No. 65–1 (Identification Card—Officers, Army of the United

4

States), but green in color, and identifies him as an accredited correspondent.

*b.* Correspondents will produce their identification cards whenever called for by any officer, warrant officer, or enlisted man in the execution of his duty.   Failure to do so will subject the correspondent to arrest or detention.

c. In addition to the War Department credentials, the particular field force commander may issue a pass or credentials with regulations governing their use.

■ 9. UNIFORM.—*a*. The proper uniform for accredited correspondents is that of an officer, but less all insignia of grade or arm or service, and without black and gold piping on field caps, officers' hat cords, or officers' insignia on the garrison cap if worn.

*b.* The uniform includes the wearing of the official brassard on the left arm.   The brassard is a green cloth band, 4 inches wide, with the appropriate word, "Correspondent," "Photographer," "Radio Commentator," "Correspondent Chauffeur," "Photographer Chauffeur," "Radio News Chauffeur," "Correspondent Messenger," "Photographer Messenger," or "Radio News Messenger," in white block letters $1\frac{1}{4}$ inches in height. This will be furnished by the War Department Bureau of Public Relations at the time of appointment.

c. Articles of special clothing and equipment which are issued to officers and enlisted men in cold climates may be issued to correspondents.   These articles must be turned in prior to departure from the theater of operations or base command.

*d.* Accredited correspondents will not wear civilian clothing while serving with the field force.

■ 10. TRANSPORTATION.—*a*. Government transportation may be given accredited correspondents with the accommodations of an officer whenever such transportation—water, troop train, air, or automobile—is available and essential military personnel is not displaced or inconvenienced.

*b.* The baggage of correspondents will be moved with that of the headquarters to which attached.   Its weight will be within the limits prescribed by the commander concerned.

■ 11. REPORTING UPON ARRIVAL.—*a*. Upon arrival in the theater of operations or base command to which accredited, correspondents will report to the intelligence officer of the com-

mand, presenting their credentials. It is the intelligence officer, or his assistant in charge of public relations, who will exercise control of correspondents in the name of the field force commander, and it is to him correspondents should turn for assistance and guidance, or to register complaints if believed justified.

*b.* All correspondents are officially attached to the headquarters of the field force commander. They may, however, at their own request be placed on duty with a subordinate headquarters nearer to the scene of action. All changes of their base of operations will be done only upon the approval of the field force commander and contingent upon the availability of accommodations at the unit they wish to accompany.

■ 12. FILING OF MATERIAL.—*a.* All dispatches will be delivered, in duplicate, to the intelligence officer, or his assistant, for censorship prior to filing or mailing. In the process of censorship no changes will be made by the censor in dispatches except through deletion. Correspondents, unless the occasion is unusual, will be permitted to see their dispatches after being censored in the event they desire to make a revision, or to note the objectionable portions for future avoidance, or to recheck on wordage for cable charges.

*b.* Copy must be submitted for censorship on all broadcast interviews or news broadcasts.

■ 13. CENSORSHIP OF ARTICLES FOR PUBLICATION.—*a. General.*—In general, articles may be released for publication to the public provided—

(1) They are accurate in statement and implication.

(2) They do not supply military information to the enemy.

(3) They will not injure the morale of our forces, the people at home, or our allies.

(4) They will not embarrass the United States, its allies, or neutral countries.

*b. Time element.*—Intelligence officers charged with the censorship of articles for publication will take into consideration the time interval between the occurrence of events reported and the publication of the article concerning these events. If events are reported by cable, telegraph, or radio very shortly after their occurrence, the closest supervision will be necessary. If, on the other hand, the articles are forwarded by mail for printing in magazines or books, the time

interval may be such as to render the information contained in the articles of little value to the enemy. Censorship regulations will be applied after consideration of this time element.

*c. Specific rules governing censorship of articles for publication.*—(1) The identity of organizations in the combat zone and in the communications zone will be announced only in official communiqués. When announced, they will never be associated with the name of a place.

(2) The name of an individual may be used whenever an article is materially helped by its use.

(3) Officers will not be quoted directly or indirectly nor anonymously on military matters except as specifically authorized by the theater commander.

(4) Within the combat zone no sector will be said to have any American troops in it until the enemy has established this as a fact.

(5) No town or village in the combat zone will be identified as holding American or allied forces except as an essential part of a story of an engagement and after the fact.

(6) No base port or communication center or other point of a line of communication will be mentioned by name or description as having anything to do with the activities of our forces.

(7) Ship or rail movements, real or possible, will not be discussed except as authorized by official communiqués.

(8) Plans of the Army, real or possible, will not be discussed.

(9) Numbers of troops as a total or as classes will not be discussed except as authorized by official communiqués.

(10) The effect of enemy fire or bombardment will not be discussed except as authorized in official communiqués.

(11) Articles for publication in the theater of operations or in allied countries or in neutral countries contiguous to the theater will be scrutinized carefully to make sure they do not hold possibilities of danger which the same stories printed in the United States would not hold. This applies not only to military information, which would thus be in the hands of the enemy within the day of writing, but also to an emphasis on small exploits which it may be extremely desirable to print in the United States but quite undesirable in the theater.

(12) Exaggerations of our activities accomplished or contemplated are prohibited.

(13) References to numbers of our own casualties will be based on the statements in official communiqués. Individual dead or wounded may be mentioned by name only when it is reasonably certain that the facts are correct and that some definite good end, such as offering examples of heroism, will be served by printing them. Mention by name will be allowed not earlier than 24 hours after the official cablegram announcement of such individual casualties has been sent to the War Department.

■ 14. PHOTOGRAPHIC CENSORSHIP.—*a. Still pictures.*—(1) All photographic negatives taken by official or accredited civilian photographers may be processed in the Signal Corps field laboratory or in such other laboratory installations as the theater commander may designate. Photographs will then be censored by a representative of G–2.

(2) No negatives or prints will be released except by authority of the theater commander. Such released prints or negatives will bear the censorship stamp and will be accompanied by suitable captions. A record of all such releases will be kept.

(3) Negatives and prints of accredited commercial correspondents not released by the censor will become the property of the United States Government, and will be forwarded through channels to the Military Intelligence Division, War Department General Staff, Washington, D. C., accompanied by full information sheet as to captions and the agency which took the photographs.

(4) Films or prints which cannot be processed locally, such as color film, will be delivered to a representative of G–2 marked, "Undeveloped film. Do not open." This will be forwarded by the fastest practicable means to the Military Intelligence Division, War Department General Staff, Washington, D. C.

(5) Regardless of the number of accredited correspondents any one agency has in the field, photographs from theaters of operation by newspaper photographers will be "rotoed." Photographs from theaters of operation of weekly magazine photographers will be rotoed.

*b. Motion pictures.*—(1) All exposed and undeveloped negative together with the dope sheets of accredited cameramen will be turned over to a representative of G–2 marked, "Unexposed film. Do not open."

8

(2) G–2 will forward this negative by the fastest practicable means to the Military Intelligence Division, War Department General Staff, Washington; D. C.

(3) In certain tropical climates where motion picture film deteriorates rapidly, it may be processed under the supervision of G–2 and the developed negative forwarded as directed in (2) above.

(4) By agreement between the War Department and the newsreel companies, all newsreel film from the theaters of operation will be rotoed by the Bureau of Public Relations, War Department, Washington, D. C.

c. Writers accredited as correspondents will not be permitted to take photographs. Photographers accredited as correspondents will not be permitted to file stories.

d. For the privileges of "exclusive" photographs, see paragraph 18.

■ 15. SIGNAL AND MAIL SERVICE.—a. The signal system will be open to correspondents' dispatches, after censoring, when such use does not interfere with military needs. Dispatches will be sent in the order of filing. The intelligence officer under whom the correspondent serves is authorized to limit the number of words or otherwise to make an equitable adjustment of the use of the signal system among the correspondents when the system is inadequate to carry the complete text of all dispatches submitted. If commercial cable or telegraph facilities are available, credit cards may be useful.

b. All mail, including personal letters, will be through the established censorship system. The use of "blue envelopes" for the censoring of personal mail by the base censor is authorized, but these may not be used to mail photographs or dispatches for publication to avoid censoring by the immediate headquarters under which the correspondent serves.

■ 16. RELIEF FROM APPOINTMENT.—a. An accredited correspondent will not leave the theater of operations or base command without the written permission of the commander.

b. If serving with troops beyond the territorial limits of the United States, relief does not become effective until arrival in the United States, if the journey is made by Government transportation.

9

*c.* Upon termination of appointment as a correspondent, either on the application of the individual or his employer, by the request of the commander concerned, or by the expiration of the period of the appointment, the individual will surrender his credentials to the War Department Bureau of Public Relations and will cease wearing the official uniform of a correspondent.

■ 17. DISCIPLINE.—*a.* A correspondent will be suspended from all privileges for the distortion of his dispatches *in the office of the publication which he represents,* and also for the use of words or expressions conveying a hidden meaning which would tend to mislead or deceive the censor and cause the approval by him of otherwise objectionable dispatches.

*b.* In the presence of the enemy he will conform to the actions of the troops, and will not jeopardize the safety of the command or compromise the scheme of maneuver in progress.

*c.* He may be subject to disciplinary action because of an intentional violation of these and other regulations, either in letter or in spirit, and in extreme cases of offense, where investigation proves the circumstances warrant, the correspondent may be placed in arrest to await deportation or trial by a court martial.

■ 18. VISITING CORRESPONDENT.—*a.* A visiting correspondent, as differentiated from an accredited correspondent, is one who has permission from the Commander in Chief or the Secretary of War to visit the field force for the purpose of securing information or photographic material for publication *after* return from the visit.

*b.* Visiting correspondents will be limited to a specific itinerary as outlined in their letter of authorization, and will be accompanied ordinarily by a conducting officer. When not so accompanied, they will carry a letter from the intelligence officer of the field force. They are treated more in the nature of visitors than correspondents. They will comply with the regulations governing accredited correspondents, with the following modifications:

(1) They will not be required to wear the prescribed uniform but will wear the proper brassard.

(2) As a measure of protection to the accredited correspondents serving with the field forces, visiting correspond-

ents will not be permitted to mail or file dispatches or photographs intended for publication or release *during* the period of their visit. So-called "spot" news will be reserved for the accredited correspondents.

(3) Visiting photographers will have exclusive right to their photographs and may not be required to "roto."

FM 30–26
C 1

# BASIC FIELD MANUAL

## REGULATIONS FOR CORRESPONDENTS ACCOMPANY-ING U. S. ARMY FORCES IN THE FIELD

| CHANGES | WAR DEPARTMENT, |
|---|---|
| No. 1 | WASHINGTON, April 24, 1942. |

FM 30–26, January 21, 1942, is changed as follows:

■ 9. UNIFORM.

\* \* \* \* \* \* \*

*b.* The uniform includes the wearing of the official brassard on the left arm. The brassard is a green cloth band, 4 inches wide, with a white block letter, 2 inches in height, "C" for journalists, feature writers, and radio commentators; "P" for photographers. This brassard will be furnished by the War Department Bureau of Public Relations at the time of appointment.

\* \* \* \* \* \* \*

[A. G. 062.11 (2–6–42).]    (C 1, April 24, 1942.)

BY ORDER OF THE SECRETARY OF WAR:

G. C. MARSHALL,
*Chief of Staff.*

OFFICIAL:

J. A. ULIO,
*Major General,*
*The Adjutant General.*

# BASIC FIELD MANUAL

## REGULATIONS FOR CORRESPONDENTS ACCOMPANYING U. S. ARMY FORCES IN THE FIELD

CHANGES ⎫          WAR DEPARTMENT,
No. 2   ⎰        WASHINGTON, July 25, 1942.

FM 30–26, January 21, 1942, is changed as follows:

■ 2. DEFINITION.—The term "correspondent" as used   *   *   * pertains principally to the former. See paragraph 18 for instructions concerning visiting correspondents. Correspondents have the status of noncombatants.

    [A. G. 062.11 (7–20–42).]    (C 2, July 25, 1942.)

■ 7. AGREEMENT.—*a. Accredited correspondents.*—Before final acceptance an accredited correspondent will be required to sign an agreement, in triplicate, as follows:

   *       *       *       *       *       *       *

5. That at the termination of my assignment, I will surrender my credentials without delay to the Bureau of Public Relations, War Department.

   *       *       *       *       *       *       *

—————————————————————————
(Grade and organization)

*b. Visiting correspondents.*—Visiting correspondents will sign the following form:

WAR DEPARTMENT
Bureau of Public Relations
Washington

—————————————————————————
Date

### AGREEMENT (Visiting)

In connection with recognition as a war correspondent outside the continental limits of the United States, granted by the War Department to me, the undersigned, for purpose of securing news or story material, still or motion pictures, or to engage in radio broadcasting I subscribe to the following conditions with reference to United States military and naval activities:

14

BASIC FIELD MANUAL

1. That as a civilian recognized as a war correspondent outside the continental limits of the United States, I am subject to the Articles of War and all regulations for the government of the Army issued pursuant to law, when with such forces.

2. That I will govern my movements and actions in accordance with the instructions of the War Department and the commanding officer of any Army or Navy unit which I may visit or observe, which includes the submitting, for purposes of censorship, all statements, written material intended for publication, and the undeveloped negatives of all film exposed while visiting or observing any Army or Navy unit. I further agree that I will submit for purposes of censorship all such material even though written after my return, if the interviews, written matter, or other material, including photographic prints, are based on my observations made during the period or pertain to the units visited or observed under this authority.

It is further understood and agreed that undeveloped film which cannot be processed and passed by the unit intelligence officer will be forwarded by him to the War Department.

3. That I waive all claims against the United States for losses, damages, or injuries which may be suffered as a result of this authority.

4. That this authority is subject to revocation at any time.

5. That at the termination of my assignment I will surrender my credentials without delay to the Bureau of Public Relations, War Department.

Signed: _____

Representing: _____
(Company, syndicate, or agency)

Witnessing officer: _____
(Name)

_____
(Grade and organization)

*c. Disposition.*—These forms will be executed in triplicate for disposition as follows:

\* \* \* \* \* \* \*

[A. G. 062.11 (7–20–42).]     (C 2, July 25, 1942.)

9. UNIFORM.

\* \* \* \* \* \* \*

15

REGULATIONS FOR CORRESPONDENTS

*b.* The uniform includes the official brassard worn on the left sleeve. This is a green cloth band, 4 inches wide, with a 2-inch white block letter "C" or "P", indicating the function of the correspondent. Journalists, feature writers, and radio commentators will wear "C" brassards. Photographers operating still or motion equipment will wear "P" brassards.

\*　　\*　　\*　　\*　　\*　　\*　　\*

[A. G. 062.11 (7–20–42).]    (C 2, July 25, 1942.)

By order of the Secretary of War:

G. C. MARSHALL,
*Chief of Staff.*

Official:

J. A. ULIO,
*Major General,*
*The Adjutant General.*

# BASIC FIELD MANUAL

## REGULATIONS FOR CORRESPONDENTS ACCOMPANY-
## ING U. S. ARMY FORCES IN THE FIELD

CHANGES }                    WASHINGTON, December 23, 1942.
  No. 3 }                        WAR DEPARTMENT,

FM 30-26, January 21, 1942, is changed as follows:

■ 7. (As changed by C 2.)   AGREEMENT.—*a. Accredited corre-*
*spondents.*

   \*       \*       \*       \*       \*       \*       \*

### WAR DEPARTMENT

Bureau of Public Relations

Washington

------------------------
(Date)

### AGREEMENT

   \*       \*       \*       \*       \*       \*       \*

2. That, I will govern \* \* \* under this authority. I further agree that I will submit for purposes of censorship all such material even though written after my return, if the interviews, written material, or statements are based on my observations made during the period or pertain to the places visited under this authority. This includes all lectures, public talks, "off the record" speeches, and all photography intended for publication or release, either while with the armed forces or after my return, if they are based upon my observations during this period or pertain to the places visited.

*b. Visiting correspondents.*

   \*       \*       \*       \*       \*       \*       \*

### WAR DEPARTMENT

Bureau of Public Relations

Washington

------------------------
(Date)

BASIC FIELD MANUAL

AGREEMENT (Visiting)

\* \* \* \* \* \* \*

2. That, I will govern my movements and actions in accordance with the instructions of the War Department and the commanding officer of the Army unit to which I am accredited, which includes submitting, for purposes of censorship, all statements or written material, lectures, public talks, "off the record" speeches, and all photography intended for publication or release either while with the Army or after my return, if the interviews, written matter, lectures, public talks, or "off the record" speeches are based on my observations made during the period or pertain to the places visited under this authority.

It is further \* \* \* the War Department.

\* \* \* \* \* \* \*

[A. G. 062.11 (11–19–42.)]    (C 3, Dec. 23, 1942.)

BY ORDER OF THE SECRETARY OF WAR:

G. C. MARSHALL,
*Chief of Staff.*

OFFICIAL:

J. A. ULIO,
*Major General,*
*The Adjutant General.*

○