**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*<br><br>　　　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>　　　　　　　　　　　*Defendants*. | **Civil Case No. 26-cv-1690 (PLF)** |

**SUPPLEMENTAL DECLARATION OF THEODORE J. BOUTROUS JR.**

I, Theodore J. Boutrous Jr., hereby declare as follows:

1.　　I am over the age of 18 and make this declaration based upon my personal knowledge and experience.  If called to do so, I could and would competently testify to these matters under oath.

2.　　I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn").  I represent Plaintiffs The New York Times Company ("The Times") and Julian E. Barnes in the above-captioned case.  I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

3.　　Attached as Exhibit 1 is a true and correct copy of the affidavit of Max Frankel, filed in *United States v. N.Y. Times Co.*, No. 71 Civ. 2552 (S.D.N.Y. June 17, 1971).

4.　　Attached as Exhibit 2 is a true and correct copy of an article by Peter Baker, titled *Washington's Daily Secret Machine*, published by the New York Times on July 9, 2021, and is available at https://bit.ly/4vyd69L.

5.　　Attached as Exhibit 3 is true and correct copy of an article by Josh Dawsey et al., titled *Trump Complaints About Iran War Leaks Prompt Aggressive DOJ Investigations*, published in The Wall Street Journal on May 11, 2026, and is available at https://bit.ly/4e8w7Kp.

1

6.     Attached as <u>Exhibit 4</u> is a true and correct copy of an article by Helene Cooper et al., titled *Jan. 6 Rioter Is Hired to Work in Sensitive Pentagon Office*, published in the New York Times on June 4, 2026, and is available at https://bit.ly/49RqI7Q.

7.     Attached as <u>Exhibit 5</u> is a true and correct copy of a screenshot of a video titled *Trump rails against CNN when asked about $1.776B fund*, which was published on the website YouTube.com by CNN on June 4, 2026, and which is available at https://bit.ly/4ewpMZ4.  The video can be viewed at the aforementioned YouTube link or provided on a USB drive upon request.

8.     Attached as <u>Exhibit 6</u> is a true and correct copy of an article by Scott Nover, titled *Pentagon bans journalists from press office, designating it a classified space*, published in The Washington Post on June 1, 2026, and is available at https://bit.ly/4uJRMxz.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of June, 2026 in Los Angeles, California.

*/s/ Theodore J. Boutrous Jr.*
Theodore J. Boutrous Jr.

2