AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia   ▼

| | |
|---|---|
| The New York Times Company | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:26-cv-01690-PLF |
| Department of Defense, a/k/a, Department of War | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants   .

Date:   06/24/2026

/s/ James R. Powers
*Attorney's signature*

James R. Powers / TX Bar No. 24092989
*Printed name and bar number*
Chief Litigation Counsel, Federal Programs Branch
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005

*Address*

James.R.Powers@usdoj.gov
*E-mail address*

(202) 353-0543
*Telephone number*

(202) 616-8460
*FAX number*