**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE NEW YORK TIMES COMPANY, *et al.*,

      *Plaintiffs*,

    v.

DEPARTMENT OF DEFENSE, a/k/a
DEPARTMENT OF WAR, *et al.*,

      *Defendants*.

Civil Action No. 26-1690 (PLF)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's June 30, 2026 opinion and order granting a preliminary injunction (ECF Nos. 16 and 17).

DATED: July 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

*/s/ Sarah Welch*
SARAH WELCH
Senior Counsel to the Assistant Attorney General
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
(202) 514-3180
sarah.e.welch@usdoj.gov

*Counsel for Defendants*

1