UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE NEW YORK TIMES COMPANY, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 26-1690 (PLF) |
| DEPARTMENT OF DEFENSE, et al. | ) ) ) | |
| Defendants. | ) ) | |

ORDER

This matter is before the Court on Defendants' Motion for Stay Pending Appeal [Dkt. No. 19]. Defendants have moved for a stay pending appeal of the Court's preliminary injunction issued on June 30, 2026 [Dkt. Nos. 16, 17]. In the alternative, defendants request a fourteen-day administrative stay of the preliminary injunction to allow for orderly briefing at the U.S. Court of Appeals for the D.C. Circuit. Upon careful consideration, it is hereby

ORDERED that Defendants' Motion to Stay Pending Appeal [Dkt. No. 19] is GRANTED in part and DENIED in part. Defendants' request for a fourteen-day administrative stay is GRANTED, and the motion is otherwise DENIED.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   July 2, 2026