# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE NEW YORK TIMES COMPANY, *et al.*,

        *Plaintiffs*,

v.

DEPARTMENT OF DEFENSE A/K/A DEPART-
MENT OF WAR, *et al.*,

        *Defendants*.

**Civil Case No. 26-cv-1690 (PLF)**

## NOTICE OF SUBMISSION OF ADDITIONAL EVIDENCE

Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
Katie Townsend (D.D.C. Bar No. 1026115)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Susan Pelletier
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500
SPelletier@gibsondunn.com

*Counsel for Plaintiffs The New York Times Company
and Julian E. Barnes*

Plaintiffs The New York Times Company ("The Times") and Julian E. Barnes ("Barnes") respectfully submit this Notice to apprise the Court that on July 14, 2026, Plaintiffs filed a Motion for Leave to Submit Additional Evidence with the accompanying, attached Declaration of David McCraw ("McCraw Declaration"), Vice President and Deputy General Counsel at The Times, in Defendants' pending appeal of this Court's preliminary injunction order dated June 30, 2026. *Dep't of Def. v. New York Times Co.*, No. 26-5253, Doc. No. 2183164 (D.C. Cir. July 14, 2026).

As set forth in the McCraw Declaration, on Friday, July 10, 2026, a few hours after Plaintiffs filed their opposition to Defendants' motion for a stay of this Court's preliminary injunction order pending appeal in the D.C. Circuit, federal agents served grand jury subpoenas on Barnes and other Times reporters at their homes in response to an article concerning the Department of Defense a/k/a Department of War (the "Department") that The Times published—specifically, an article that reported on security concerns emanating from President Trump's use a Qatari-donated Boeing 747-8 as the new Air Force One. *See* McCraw Declaration ¶ 8; *see also* Michael M. Grynbaum, *Times Journalists Subpoenaed as Trump Escalates Pressure on Media*, N.Y. Times (July 11, 2026), *available at* https://www.nytimes.com/2026/07/11/business/media/new-york-times-trump-subpoenas.html; Video Posted by Secretary of War Pete Hegseth (@SecWar), X (July 13, 2026), https://x.com/SecWar/status/2076673841913344136 (referencing coordination with the Department of Justice and Federal Bureau of Investigation regarding purported leaks to media seeking "momentary headlines").

Plaintiffs submit this Notice to bring this additional evidence that was submitted to the D.C. Circuit in this matter to the Court's attention.

1

Dated:   July 14, 2026

Respectfully submitted,

*/s/ Theodore J. Boutrous, Jr.*

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
Katie Townsend (D.D.C. Bar No. 1026115)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Susan Pelletier*
Gibson, Dunn & Crutcher LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500
SPelletier@gibsondunn.com

*Counsel for Plaintiffs The New York Times Company and Julian E. Barnes.*