**ORAL ARGUMENT NOT YET SCHEDULED**
**No. 26-5253**

# United States Court of Appeals
# For the District of Columbia Circuit

————————

DEPARTMENT OF DEFENSE A/K/A DEPARTMENT OF WAR, ET AL.,

*Defendants-Appellants*,

v.

THE NEW YORK TIMES COMPANY, ET AL.,

*Plaintiffs-Appellees*.

————————

On Appeal From The United States District Court
For The District Of Columbia, No. 1:26-cv-1690-PLF,
The Honorable Paul L. Friedman

————————

**DECLARATION OF DAVID MCCRAW**

Susan M. Pelletier
Eric Brooks
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW Washington,
DC 20036-4504
(202) 955-8500
SPelletier@gibsondunn.com
EBrooks2@gibsondunn.com

Theodore J. Boutrous, Jr.
Katie Townsend
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

*Counsel for Plaintiffs-Appellees*
*The New York Times Company and*
*Julian E. Barnes*

I, David McCraw, hereby declare as follows:

1.    I am over the age of 18 and make this declaration based upon my personal knowledge and experience.  If called to do so, I could and would competently testify to these matters under oath.

2.    I am the Vice President and Deputy General Counsel at The New York Times Company ("The Times").  The Times and Times national security reporter Julian E. Barnes ("Barnes") are Plaintiffs-Appellees in the above-captioned appeal. I make this declaration in support of the opposition of The Times and Barnes to the Motion for Stay currently pending before the Court.

*3.*    As Vice President and Deputy General Counsel at The Times, I am responsible for advising The Times and Times journalists on a variety of legal issues and I represent The Times and our reporters in legal matters.

4.    On Wednesday, July 8, 2026, The Times published an article by Tyler Pager, Julian E. Barnes, Eric Schmitt, and Eric Lipton titled *Security Precaution Led Trump to Use Old Air Force One in Leaving Turkey*.[1]  That article reported that President Trump flew out of Turkey on July 8, 2026 on the old Air Force One instead of the new Air Force One, a Boeing 747-8 provided by the Qatari government, as a security precaution.

---

[1] *Available at* https://www.nytimes.com/2026/07/08/us/politics/trump-air-force-one-security.html.

5.      The following day, on Thursday, July 9, 2026, The Times published an article by Tyler Pager, Eric Lipton, Adam Goldman, Eric Schmitt, and Julian E. Barnes titled *New Air Force One Lacks Defensive Countermeasures of Previous Model, Officials Say*.[2]  The article reported on security concerns related to President Trump's use of the new aircraft.

6.      Both the July 8 and July 9 articles cited sources who "spoke on the condition of anonymity."

7.      Before the July 8, 2026 article was published, a senior official at the Federal Bureau of Investigation ("FBI") contacted The Times to demand it disclose its sources for the article.  The Times refused to do so.

8.      On Friday, July 11, 2026, after Plaintiffs filed their opposition to the Motion for Stay in this Court, Barnes, along with Eric Lipton, Tyler Pager, and Eric Schmitt were served with grand jury subpoenas at their homes.

---

[2] *Available at* https://www.nytimes.com/2026/07/09/us/politics/new-air-force-one-defensive-countermeasures.html.

2

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 13th day of July 2026 in New York, New York.


*David McCraw*
_____
David McCraw

3