**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, a/k/a<br>DEPARTMENT OF WAR, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1690 (PLF) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants hereby move for a 22-day extension of time in which to answer or otherwise respond to the Complaint, from July 20, 2026, to August 11, 2026. As explained below, the requested extension is reasonable and supported by good cause. Defendants have conferred with Plaintiffs regarding the proposed extension. Plaintiffs do not oppose the relief requested.

Plaintiffs served the U.S. Attorney's Office with the Summons and Complaint on May 19, 2026. Accordingly, Defendants' current deadline to answer or otherwise respond to the Complaint, ECF No. 1, is July 20, 2026. *See* Fed. R. Civ. P. 12(a)(2).

Defendants' proposed extension of 22 days is reasonable and supported by good cause. Undersigned counsel was recently assigned to handle this litigation and requires additional time to prepare a responsive pleading due to the press of business in other matters to which counsel is assigned. The length of the extension beyond the current deadline is also supported by certain previously scheduled leave from the office. Defendants do not anticipate any further request for extension of the answer deadline. The proposed extension will have no more than a modest impact on the timing of further proceedings here.

For the foregoing reasons, Defendants respectfully request the Court grant this motion and permit them to respond to the Complaint by August 11, 2026.

Dated: July 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SARAH WELCH
Senior Counsel to the Assistant Attorney General

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ James R. Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Chief Litigation Counsel
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543
Fax: (202) 616-8460
Email: james.r.powers@usdoj.gov

*Counsel for Defendants*