# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 26-1690 (PLF) |
| DEPARTMENT OF DEFENSE, a/k/a DEPARTMENT OF WAR, *et al.*, | |
| *Defendants*. | |

## JOINT MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL

The parties hereby jointly move to stay further proceedings in this Court pending resolution of the expedited appeal of this Court's preliminary injunction opinion and order, ECF Nos. 16, 17. The parties request that this relief apply to Defendants' deadline to answer or otherwise respond to the Complaint, currently set for today. *See* Minute Order signed July 16, 2026.[1] The requested relief is supported by good cause and will promote judicial economy.

On June 30, 2026, this Court entered an order preliminarily enjoining Defendants from implementing or enforcing certain specified provisions of the Department's Interim Policy, including its escort requirement and related access limitations, against Plaintiffs. Defendants appealed that order. Defendants further sought and obtained a stay of that preliminary injunction order pending appeal. Defendants filed their opening brief in the Court of Appeals yesterday and all briefing on the appeal will conclude on September 18, 2026—just over a month from now.

---

[1] The parties began conferring about the possibility of seeking this relief last week but did not reach agreement on filing this motion until today.

The parties agree that a stay of proceedings in this Court pending a ruling from the D.C. Circuit on the merits of the Department's expedited appeal will promote efficiency and economy for the parties and the Court. This Court "has broad discretion to stay proceedings as an incident to its power to control its own docket," *Clinton v. Jones*, 520 U.S. 681, 706 (1997), including to promote "judicial economy," *Belize Soc. Dev. Ltd. v. Gov't of Belize*, 668 F.3d 724, 731 (D.C. Cir. 2012). The parties agree that a ruling from the D.C. Circuit on the merits of the Department's pending appeal is likely to provide guidance to the parties and Court regarding the issues for further litigation in this case, and that it would serve the interests of judicial economy to stay proceedings in this Court pending such a ruling.

For the foregoing reasons, the parties respectfully request that the Court grant this motion, stay all proceedings pending further order of the Court, and order the parties to file a joint status report suggesting a schedule for further proceedings within 14 days of a decision in D.C. Circuit case No. 26-5253. A proposed order accompanies this motion.

Dated:  August 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SARAH WELCH
Senior Counsel to the Assistant Attorney General

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ James R. Powers*
JAMES R. POWERS (TX Bar No. 24092989)
Chief Litigation Counsel
U.S. Department of Justice,
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-0543

Fax: (202) 616-8460
Email: james.r.powers@usdoj.gov

*Counsel for Defendants*


/s/ *Katie Townsend*

Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
Katie Townsend (D.D.C. Bar No. 1026115)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
TBoutrous@gibsondunn.com
KTownsend@gibsondunn.com

Susan Pelletier*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500
SPelletier@gibsondunn.com

*Admitted pro hac vice*


*Counsel for Plaintiffs The New York Times Company and Julian E. Barnes.*