**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, a/k/a<br>DEPARTMENT OF WAR, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-1690 (PLF) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion to stay proceedings pending appeal, and good cause having been shown, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that all proceedings in this Court are **STAYED** pending further order of the Court, including Defendants' deadline to answer or otherwise respond to the Complaint; and it is further

**ORDERED** that within 14 days of a decision in D.C. Circuit case No. 26-5253, the parties shall file a joint status report proposing a schedule for further proceedings.

**SO ORDERED**.

Dated:  August _____, 2026

_____
Paul L. Friedman
U.S. District Judge
District of Columbia